# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| MARY MARTIN, <br><br> Plaintiff, <br><br> v. <br><br> WALDEN UNIVERSITY, LLC and LAUREATE EDUCATION, INC., <br><br> Defendants. | Case No. 25-cv-10302 <br> Hon. Judith E. Levy |

## STIPULATION DISMISSING
## <u>DEFENDANT LAUREATE EDUCATION, INC.</u>

The parties, through their undersigned counsel, stipulate and agree under Fed. R. Civ. P. 41(a)(1) to the dismissal of Defendant Laureate Education, Inc. from this action.

Stipulated as to form and substance by:

| | |
|---|---|
| *Jerard M. Scanland* (w/consent) <br> Jerard M. Scanland (P74992) <br> **PREMIER LEGAL GROUP, PLLC** <br> 13351 Reek Court, Suite 5 <br> Southgate, MI 48195 <br> (734) 282-6037 <br> jscanland@milawoffices.com <br> *Attorney for Plaintiff* | /s/ Mahde Y. Abdallah <br> William E. McDonald, III (P76709) <br> Mahde Y. Abdallah (P80121) <br> **BUSH SEYFERTH PLLC** <br> 100 W. Big Beaver Road, Suite 400 <br> Troy, MI 48084 <br> T/F: (248) 822-7800 <br> mcdonald@bsplaw.com <br> abdallah@bsplaw.com <br> *Attorneys for Defendant Laureate* |

<u>*/s/ Ronald L. Cornell, Jr.* (w/consent)</u>
Ronald L. Cornell, Jr. (P46860)
**SK DETROIT LAW PARTNERS, P.C.**
2000 Town Center, Suite 1500
Southfield, MI 48075
(248) 353-7620
rcornell@skdetroitlaw.com
*Attorneys for Defendant Walden*
